IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL D BOWDEN                                                                                PETITIONER
ADC #088956

v.                                              5:18CV00268-BRW

WENDY KELLEY, Director,
Arkansas Department of Correction,                                                          RESPONDENT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Mr. Bowden's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice.

A certificate of appealability will not be issued.

IT IS SO ORDERED, THIS 30th day of May 2019.


                            Billy Roy Wilson
                            UNITED STATES DISTRICT JUDGE