IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL D BOWDEN**                                                                                       **PETITIONER**
**ADC #088956**

**v.**                                              **5:18CV00268-BRW**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction,**                                                    **RESPONDENT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, this case is DISMISSED.

IT IS SO ORDERED, this 30th day of May, 2019.


                                                       Billy Roy Wilson_____
                                                       UNITED STATES DISTRICT JUDGE